**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **CASE NO.**  7:14-CV-149 |
| | : | |
| **v.** | : | |
| | : | |
| **$252,488.84 IN UNITED STATES FUNDS,** | : | |
| **First-Named Defendant Property,** | : | |
| | : | |
| **$50,003.29 IN UNITED STATES  FUNDS,** | : | |
| **Second-Named Defendant Property,** | : | |
| | : | |
| **$48,445.36 IN UNITED STATES FUNDS,** | : | |
| **Third-Named Defendant Property,** | : | |
| | : | |
| **$37,651.82 IN UNITED STATES FUNDS,** | : | |
| **Fourth-Named Defendant Property,** | : | |
| | : | |
| **$51,717.00 IN UNITED STATES FUNDS,** | : | |
| **Fifth-Named Defendant Property,** | : | |
| | : | |
| **$6,046.07 IN UNITED STATES FUNDS,** | : | |
| **Sixth-Named Defendant Property** | : | |
| | : | |
| | : | |
| _____ | : | |

**<u>VERIFIED COMPLAINT FOR FORFEITURE</u>**

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure:

### *Nature of the Action*

1.      This is a civil action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6), to forfeit and condemn to the use and benefit of the United States of America certain personal property, to wit:

>     A.      $252,488.84 in United States Funds;
>
>     B.      $50,003.29 in United States Funds;
>
>     C.      $48,455.36 in United States Funds;
>
>     D.      $37,651.82 in United States Funds;
>
>     E.      $51,717.00 in United States Funds; and
>
>     F.      $6,046.07 in United States Funds.

(hereinafter collectively referred to as the "Defendant Property").

### *The Defendant in Rem*

2.      The First-Named Defendant Property consists of $252,488.84 in United States Funds, seized on December 12, 2013, from Interest Checking Account Number XXXX0812, believed to be held in the name of William and Donna Bacon, located at Bank of America 2720 Riverside Drive, Macon, Georgia; The First-Named Defendant Property is presently in the custody of the Internal Revenue Service ("IRS") and has been deposited into the Customs Suspense Account.

3.      The Second-Named Defendant Property consists of $50,003.29 in United States funds, seized on December 20, 2013, from Bank Account Number XXXX0403, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia.  The Second-Named

Defendant Property is presently in the custody of the IRS and has been deposited into the Customs Suspense Account.

4.      The Third-Named Defendant Property consists of $48,455.36 in United States Funds, seized on December 12, 2013, from Business Checking Account Number XXXX4600, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia. The Third-Named Defendant Property is presently in the custody of the IRS and has been deposited into the Customs Suspense Account.

5.      The Fourth-Named Defendant Property consists of $37,651.82 in United States Funds, seized on December 12, 2013, from Business Checking – Bill Pay Account Number XXXX5003, believed to be in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia. The Fourth-Named Defendant Property is presently in the custody of the IRS and has been deposited into the Customs Suspense Account.

6.      The Fifth-Named Defendant Property consists of $51,717.00 in United States Funds seized on December 12, 2013, from Money Market Savings Account Number XXXX7130, believed to be in the name of Carol C. Biggs, located at Wells Fargo Bank located at 484 Mulberry Street, Macon, Georgia. The Fifth-Named Defendant Property is presently in the custody of the IRS and has been deposited into the Customs Suspense Account.

7.      The Sixth-Named Defendant Property $6,046.07 in United States Funds, seized on December 12, 2013, from Complete Advantage Checking Account Number XXXX1616, believed to be held in the name of Carol C. Biggs and Junior Biggs,

3

located at Wells Fargo located at 484 Mulberry Street, Macon, Georgia.  The Sixth-Named Defendant Property is presently in the custody of the IRS and has been deposited into the Customs Suspense Account.

### *Jurisdiction and Venue*

8.     Plaintiff brings this action *in rem* in its own right to forfeit the Defendant Property.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

9.     This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).  Upon the filing of this complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1355(b)(1)(A), because the acts or omissions giving rise to the forfeiture of the Defendant Property occurred in Valdosta, Lowndes County, Georgia, and Columbus, Muscogee County, Georgia, which are both places within the Middle District of Georgia.

11.     The seizure of the Defendant Property was made by the United States Department of Treasury, IRS, which began administrative forfeiture proceedings.  On or about March 3 and 4, 2014, the IRS received the following claims for the Defendant Property, and referred the matters to the United States Attorney for the Middle District of Georgia: i.)  William and Donna Bacon, 844 Nottage Hill Street, Saint Johns, Florida, 32259, filed a claim as to the First-Named Defendant Property; ii.)   Nilaja Biggs, Secretary for the Wellness Center of Valdosta, Inc., through the law firm of Nicholson &

Eastin, LLP, 707 N.E. Third Avenue, Suite 301, Fort Lauderdale, Florida, 33304, filed a claim as to the Second through Fourth-Named Defendant Properties; and iii.)  Carol Biggs, through her counsel Michael G. Smith, Esquire, 110 Tower, Suite 1970, 110 Southeast Sixth Street, Fort Lauderdale, Florida, 33301, filed a claim as to the Fifth and Sixth-Named Defendant Properties.

### Basis For Forfeiture

12.    The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes 1) proceeds traceable to an exchange for a controlled substance or listed chemical in violation of the Controlled Substances Act; and/or 2) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

### Factual Allegations

13.    For approximately twenty-nine (29) months, the Georgia Bureau of Investigation ("GBI"), the Drug Enforcement Administration ("DEA"), the IRS, and several local law enforcement organizations conducted an investigation of the illegal distribution of controlled substances through pain clinics known as Wellness Center of Valdosta (hereinafter referred to as the "Wellness Center"), and The Relief Institute of Columbus, LLC, (hereinafter referred to as "The Relief Institute"), now known as Tri City Spinal Center.

14.    The investigation revealed that the Wellness Center and The Relief Institute are owned and operated by Carol Biggs ("Biggs"); however, it is believed that Biggs utilized "straw owners" Nilaja Biggs ("Nilaja"), Rashida Biggs ("Rashida"), Carol N. Johnson ("Johnson"), and Junior A. Biggs ("Junior") to conceal her ownership of the

Wellness Center and The Relief Institute.  The investigation further revealed that Biggs is the mother of Nilaja, Rashida, Johnson and Junior.

15.     According to Florida Department of State, Corporate records, the Wellness Center was established as a limited liability company on or about May 24, 2011.  The recorded Articles of Incorporation identify Johnson as the Registered Agent. Biggs, Nilaja and Rashida are listed as Managers of the Wellness Center.  On or about July 25, 2011, Biggs resigned as a Manager of the Wellness Center.   A voluntary dissolution was approved on July 1, 2012.

16.     According to Georgia Secretary of State, Corporate Division, the Wellness Center was established on or about June 9, 2011.   The recorded Articles of Incorporation identify Nilaja as the Secretary and Registered Agent.  Johnson is listed as the Chief Executive Officer, and Rashida is the Chief Financial Officer of the Wellness Center.   The principle address for the Wellness Center is 206 East Adair Street, Valdosta, Georgia.  At no time was Biggs listed on any of the public corporate documents as being involved with the Wellness Center.

17.     According to Georgia Secretary of State, Corporate Division, The Relief Institute was incorporated in Georgia as an LLC on or about June 28, 2012.  The Articles of Incorporation identify Junior as the Registered Agent.  On or about March 27, 2013, the Annual Registration lists Edward Braxton as Director of The Relief Institute. At no time was Biggs listed on any of the public corporate documents as being involved with The Relief Institute.  The principle address for The Relief Institute is 7661 Kayne Boulevard, Building A, Columbus, Georgia.

6

18.     Through the investigation, it was discovered that some of the "patients" visiting Bigg's pain clinics are from the local area, but many of the "patients" were brought to Georgia from other states, including Florida, Ohio, Kentucky, South Carolina and Tennessee to obtain prescriptions and/or narcotics (Oxycodone).  Many of these "patients" outside the state of Georgia, including, but not limited to Florida, Ohio, Kentucky, South Carolina and Tennessee were "sponsored" by a "recruiter" who provided money for these "patients'" travel expenses, doctor's visits, and the cost to obtain Oxycodone.  Typically, these "patients" return to their home state and provide the sponsor with half of the narcotics obtained in Georgia.  The "patients" are allowed to keep a portion of the Oxycodone for personal consumption or sale.

19.     During part of 2011 through 2013, the Wellness Center had one primary physician working full-time out of its clinic.  The doctor has been identified as Dr. William Bacon.  DEA records show that Dr. Bacon changed his registered address on January 3, 2012, to the Wellness Center, located at 206 East Adair Street, Valdosta, Georgia.

20.     From 2012 through 2013, The Relief Institute had two primary physicians working out of its clinic.  These doctors have been identified as Dr. Vinod K. Shah and Dr. Donatus Okechukwu Mbanefo.  DEA records show that Dr. Shah changed his registered address on September 11, 2012, to The Relief Institute, located at 2320 Hamilton Road, Columbus, Georgia.

21.     A review of the bank records showed payments made by or from the Wellness Center and The Relief Institute to each doctor during 2011, 2012 and 2013 as follows:

| Name of Doctor | Total Payments Received in 2011 | Total Payments Received in 2012 | Total Payments Received in 2013 | Total Payments |
|---|---|---|---|---|
| Dr. BACON | $43,600.00 | $262,080.00 | $153,000.00 | **$458,680.00** |
| Dr. SHAH | N/A | $61,800.00 | $45,600.00 | **$107,400.00** |
| Dr. MBANEFO | N/A | N/A | $58,677.46 | **$58,677.46** |
| **Total** | $43,600.00 | $323,880.00 | $257,277.46 | **$624,757.46** |

22. Through the course of the investigation, it was determined that multiple bank accounts at SunTrust and Wells Fargo Bank were utilized to deposit cash proceeds from illegal distribution of controlled substances.

23. Nilaja and Junior jointly opened business bank account number #XXXX4600 at SunTrust in July of 2012, in the name of Wellness Center of Valdosta. Junior was the co-signor on this account with Nilaja. Nilaja was identified on bank records as the Secretary, and Junior was identified as the Manager. A review of the bank account revealed that Nilaja and Junior, along with others, have been using this account to deposit cash proceeds from the illegal distribution of controlled substances.

24. Nilaja opened business bank account number #XXXX5003 at SunTrust in July of 2012, in the name of Wellness Center of Valdosta. Nilaja was identified on bank records as the Secretary. Nilaja was the sole signor for this account. A review of the bank account revealed that Nilaja and others used this account to deposit cash proceeds from illegal distribution of controlled substances.

25. From August of 2012 through September of 2013, over $750,000.00 in cash was deposited into bank account numbers #XXXX4600 and #XXXX5003 with SunTrust as summarized in the table below:

| ACCOUNT | 2012 | 2013 | TOTAL |
|---|---|---|---|
| Wellness Center of Valdosta Acct # XXXX4600 | $102,053.00 | $337,165.00 | $439,218.00 |
| Wellness Center of Valdosta Acct # XXXX5003 | $63,045.00 | $254,520.00 | $317,565.00 |
| **Total Cash Deposited** | **$165,098.00** | **$591,685.00** | **$756,783.00** |

26.     Junior and Junior S. Biggs ("Junior Biggs") opened business bank account number #XXXX0591 at Wells Fargo Bank in July of 2012, in the name of The Relief Institute of Columbus.   Junior and Junior Biggs are identified as the owners on the account with signature authority.   An addendum was filed on July 23, 2013, whereby Carol Biggs and Johnson were added as signors on the account.   Junior opened business bank account number #XXXX6465 at Wells Fargo Bank in February of 2013, in the name of The Relief Institute of Columbus.   Junior and Junior Biggs are identified as the owners on the account with signature authority.   A review of the bank accounts revealed that Junior, Junior Biggs, Carol Biggs, Johnson and others have been using this account to deposit cash proceeds from illegal distribution of controlled substances.

27.     From August of 2012 through September of 2013, over $650,000 in cash was deposited into bank account numbers #XXXX0591 and #XXXX6465 with Wells Fargo Bank as summarized in the table below:

| ACCOUNT | 2012 | 2013 | TOTAL |
|---|---|---|---|
| The Relief Institute of Columbus Acct # XXXX0591 | $236,571.00 | $373,460.00 | $610,031.00 |
| The Relief Institute of Columbus Acct # XXXX6465 | N/A | $63,575.00 | $63,575.00 |
| **Total Cash Deposited** | **$236,571.00** | **$437,035.00** | **$673,606.00** |

28.     Biggs opened bank account number #XXXX7130 at Wells Fargo Bank in October of 2011.  Biggs is the sole signor for this account.  Biggs and Junior Biggs opened bank account number XXXX1616 at Wells Fargo Bank in March of 2012.  Junior Biggs is the co-signor on this account with Carol Biggs.  A review of the bank accounts revealed that Biggs, Junior Biggs and others have been using this account to deposit cash proceeds from illegal distribution of controlled substances.

29.     From September of 2012 through September of 2013, over $95,000.00 in cash was deposited into bank account numbers #XXXX7130 and #XXXX1616 with Wells Fargo Bank as summarized in the table below:

| ACCOUNT | 2012 | 2013 | TOTAL |
|---|---|---|---|
| Carol C. Biggs Acct # XXXX7130 | $11,307.00 | $40,410.00 | $51,717.00 |
| Carol C. Biggs & Junior Biggs Acct # XXXX1616 | $9,320.00 | $36,363.00 | $45,683.00 |
| **Total Cash Deposited** | **$20,627.00** | **$76,773.00** | **$97,400.00** |

30.     Dr. Bacon has maintained personal bank account number XXXX-XXXX-0812 at Bank of America since February of 1997.  Dr. Bacon's wife, Donna Bacon, is a co-signor on this account with Dr. Bacon.  A review of the bank account revealed that Dr. Bacon has been using this account to deposit proceeds from the illegal distribution of controlled substances.

31.     From September of 2011 through August of 2013, over $450,000.00 was deposited into bank account number #XXXX-XXXX-0812 with Bank of America as summarized in the table below:

| ACCOUNT | 2011 | 2012 | 2013 | TOTAL |
|---|---|---|---|---|
| William L. Bacon M.D. & Donna M. Bacon Acct # XXXX-XXXX-0812 | $43,600.00 | $262,080.00 | $153,000.00 | **$458,680.00** |

32.   On December 9, 2013, United States Magistrate Judge Thomas Langstaff authorized two search warrants for the Wellness Center of Valdosta and The Relief Institute of Valdosta.

33.   On December 12, 2013, search warrants were served at the Wellness Center of Valdosta and The Relief Institute of Columbus.  Approximately one hundred (100) boxes of patient files and records were seized from both locations.  Dr. Bacon and Shavonta Bright were two (2) of the employees located at The Wellness Center of Valdosta.  Dr. Bacon surrendered his license to practice medicine when interviewed by law enforcement. Dr. John Moseley, Carol Johnson, who was identified as the sister of Junior Biggs and daughter of Biggs, and Latasha Baldwin were three (3) of the employees at The Relief Institute of Columbus.  During the search of The Relief Institute of Columbus, Dr. Mosley was advised that The Relief Institute of Columbus did not have a license to operate as a pain management clinic in the state of Georgia.

34.   As a result of these search warrants, the Wellness Center of Valdosta did not reopen.  The Relief Institute of Columbus reopened for business as a pain management clinic sometime in December of 2013, after the search warrant.

35.   On December 12, 2013, and December 20, 2013, Special Agents with IRS, seized the Defendant Property, to wit:

**CURRENCY**

A.     $252,488.84 in United States Funds, seized on December 12, 2013, from Interest Checking Account Number XXXX0812, believed to be held in the name of Dr. William and Donna Bacon, located at Bank of America 2720 Riverside Drive, Macon, Georgia;

B.     $50,003.29 in United States Funds, seized on December 20, 2013, from Bank Account Number XXXX0403, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

C.     $48,455.36 in United States Funds seized on December 12, 2013, from Business Checking Account Number XXXX4600, believed to be held in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

D.     $37,651.82 in United States Funds, seized on December 12, 2013, from Business Checking – Bill Pay Account Number XXXX5003, believed to be in the name of the Wellness Center of Valdosta, Inc., located at Suntrust Bank located at 606 Cherry Street, Macon, Georgia;

E.     $51,717.00 in United States Funds seized on December 12, 2013, from Money Market Savings Account Number XXXX7130, believed to be in the name of Carol C. Biggs, located at Wells Fargo Bank located at 484 Mulberry Street, Macon, Georgia; and

F.     $6,046.07 in United States Funds, seized on December 12, 2013, from Complete Advantage Checking Account Number XXXX1616, believed to

be held in the name of Carol C. Biggs and Junior Biggs, located at Wells

Fargo located at 484 Mulberry Street, Macon, Georgia;

36.  On January 31, 2014, a search warrant for The Relief Institute of Columbus was obtained from Chattahoochee Judicial Circuit Superior Court Judge William Rumors for a state of Georgia violation of operating a pain management clinic without a license.

37.  On February 4, 2014, a search warrant was served on The Relief Institute of Columbus.  Approximately eight (8) boxes of patient's files and records were seized. Dr. Moseley surrendered his license to practice medicine to law enforcement.  Dr. Mosely was arrested for operating a pain management clinic without a license.  Arrest warrants were issued for Junior Biggs and Carol Johnson for operating a pain management clinic without a license.

### Conclusion

38.   Based on the foregoing, probable cause exists to believe that the Defendant Property constitutes proceeds traceable to an exchange for a controlled substance, in violation of the Controlled Substances Act, 21 U.S.C. § 801, *et seq.*, punishable by more than one year's imprisonment, and/or constitutes money used or intended to be used to facilitate a violation of the Controlled Substances Act, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States of America prays that process of warrant issue for the arrest of the Defendant Property; that due notice be given to all parties to appear and show cause why forfeiture should not be decreed; that judgment be entered declaring the Defendant Property forfeited to the United States of America for

disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED, September 26, 2014.


MICHAEL J. MOORE
UNITED STATES ATTORNEY



By:    s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683
UNITED STATES ATTORNEY'S OFFICE
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 752-3511
Facsimile: (478) 621-2712

14